| | | | |
|---|---|---|---|
| Com. v. Carnes | 2546 EDA 2015<br>Affirmed | 08/02/2016 | CP–39–CR–0003898–2014<br>(Lehigh) |
| Com. v. Marquez | 2800 EDA 2015<br>Affirmed | 08/02/2016 | CP–39–CR–0001364–2015<br>(Lehigh) |
| Com. v. Jones–Bing | 2890 EDA 2015<br>Affirmed | 08/02/2016 | CP–51–CR–0015263–2009<br>(Philadelphia) |
| Com. v. Tomino | 2955 EDA 2015<br>Affirmed | 08/02/2016 | CP–48–CR–0002115–2014<br>(Northampton) |
| Com. v. Richardson [2] | 3073 EDA 2015<br>Affirmed | 08/02/2016 | CP–39–CR–0000217–2008<br>(Lehigh) |
| Com. v. Helman | 3254 EDA 2015<br>Affirmed | 08/02/2016 | CP–09–CR–0000343–2015<br>(Bucks) |
| In the Interest of: N.A.S. | 71 EDA 2016<br>Affirmed | 08/02/2016 | CP–51–AP–0000855–2015<br>(Philadelphia) |
| In the Interest of: E.H. | 474 EDA 2016<br>Affirmed | 08/02/2016 | CP–51–AP–0000878–2015<br>CP–51–DP–0000604–2012<br>(Philadelphia) |
| In the Interest of: C.H. | 476 EDA 2016<br>Affirmed | 08/02/2016 | CP–51–AP–0000879–2015<br>CP–51–DP–0001109–2012<br>(Philadelphia) |
| Com. v. Lookingbill | 1718 MDA 2015<br>Affirmed | 08/02/2016 | CP–67–CR–0001489–2013<br>(York) |
| Com. v. Morrison | 393 MDA 2016<br>Affirmed | 08/02/2016 | CP–36–CR–0003060–1992<br>(Lancaster) |
| Com. v. Knox | 1136 WDA 2014<br>Affirmed | 08/02/2016 | CP–02–CR–0003870–2013<br>CP–02–CR–0004264–2013<br>CP–02–CR–0006621–2012<br>(Allegheny) |
| Com. v. Griffin | 1202 EDA 2015<br>Affirmed | 08/03/2016 | CP–51–CR–0009769–2011<br>(Philadelphia) |
| Com. v. Harris | 1442 EDA 2015<br>Affirmed | 08/03/2016 | CP–51–CR–0004909–2009<br>(Philadelphia) |

2. Petition for reargument denied August 30, 2016.